UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CESAR DIAZ SANDOVAL,

           Petitioner,           Case No. 25-12987

v.           Honorable Linda V. Parker

U.S. DEPARTMENT OF HOMELAND SECURITY, SECRETARY, et al.,           Magistrate Judge Anthony P. Patti

           Respondent.
_____/

### ORDER REGARDING REASSIGNMENT OF COMPANION CASE

        This case appears to be a companion case to Case No. __25-12486__. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable __Brandy R. McMillion__ and Magistrate Judge __Elizabeth A. Stafford__.

        s/Linda V. Parker
        Linda V. Parker
        United States District Judge

        s/Brandy R. McMillion
        Brandy R. McMillion
        United States District Judge

        Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
        Case type: __CIVIL__

        If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: __October 8, 2025__        s/ S Schoenherr
        Deputy Clerk

cc:    Parties and/or counsel of record
        Honorable Brandy R. McMillion